IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA COPELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-cv-0009-MEF |
| | ) |
| SUPERIOR LOGISTICS | ) |
| ALTERNATIVE, INC., | ) |
| | ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

In accordance with this Court's Memorandum Opinion and Order granting Plaintiff's Motion for a Default Judgment, (Doc. # 11), and upon consideration of the testimony and evidence presented at the August 18, 2010 hearing on damages and the record as a whole it is ORDERED and ADJUDGED as follows:

1) Judgment is ENTERED against Defendant Superior Logistics Alternative, Inc. and in favor of Plaintiff Sandra Copely, in the amount of $208,343.10, consisting of back pay in the amount of $8,343.10, compensatory damages in the amount of $75,000, and punitive damages in the amount of $125,000.

2) It is further ORDERED that costs are hereby TAXED against Defendant and in favor of Plaintiff, for which execution may issue.

3)   The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rules 55(b) and 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 30th day of March, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE